# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY R. SELDON and BELINDA MOORE, :<br>　　　　　　　Plaintiffs, :<br>　　　　　　　　　　　　　　　:<br>　　v. :<br>　　　　　　　　　　　　　　　:<br>HOME LOAN SERVICES, INC., D/B/A :<br>FIRST FRANKLIN LOAN SERVICES and :<br>FIRST FRANKLIN FINANCIAL CORP., :<br>D/B/A FIRST FRANKLIN LOAN :<br>SERVICES, :<br>　　　　　　　Defendants. : | CIVIL ACTION<br><br>NO. 07-04480 |

## Order

And now, this 4th day of August 2009, upon consideration of defendants' motion to dismiss (Doc. No. 65), plaintiffs' response thereto, and defendants' reply, **IT IS HEREBY ORDERED** that defendants' motion to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is:

1.　**GRANTED** as to all claims, except plaintiffs' claim

　　a.　in Count I for rescission under the Truth in Lending Act on the basis of insufficient notices of the right to rescind;

　　b.　in Count III for violations of the Fair Debt Credit Extension Uniformity Act;

　　c.　in Count IV for a violation of the Unfair Trade Practices Consumer Protection Law arising out of violations of the FCEUA;

　　d.　in Count IV for violations of the Unfair Trade Practices Consumer Protection Law to the extent they pertain to the alleged repayment plan;

    e.  in Count V for common law fraud to the extent they pertain to the alleged repayment plan; and

2.  To the extent the motion is granted, plaintiffs' claims are all **DISMISSED** with prejudice.

                 /s/ William H. Yohn Jr., Judge
                  William H. Yohn Jr., Judge